DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHRISTOPHER PONCE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0719

_____

July 29, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Hillsborough County; Barbara Twine Thomas, Judge.

Adriana C. Corso of Escobar, Michaels & Associates, Tampa, for
Appellant.

PER CURIAM.

     Affirmed.

SILBERMAN, SLEET, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.